LODGED
CLERK, U.S. DISTRICT COURT

APR 11 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK P. JENKINS, | ) Case No. CV 07-5121-AHM(RC) |
| Petitioner, | ) |
| vs. | ) JUDGMENT |
| PEOPLE OF THE STATE OF CALIFORNIA, TONEY HEDGEPETH, | ) |
| Respondents. | ) |

   IT IS ADJUDGED that the petition for writ of habeas corpus and action are dismissed.

DATE: 10/17/08

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

R&Rs\07-5121.jud
4/11/08